# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| THOMAS J. GOODIN | CIVIL DOCKET NO. 3:24-CV-0281 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| WARDEN COX | MAGISTRATE JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 9] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION filed in the record;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Petitioner Thomas J. Goodin's PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] is DENIED and DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED, in chambers, on this 26th day of April 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE